ALCO STANDARD CORP. v. RYDER TRUCK RENTAL

No. 396P95

Case below: 119 N.C.App. 799

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

APO v. MacDONALD

No. 459A95

Case below: 120 N.C.App. 409

Notice of appeal by plaintiff (substantial constitutional question) dismissed 7 December 1995.

BURNETT v. MacDONALD

No. 460A95

Case below: 120 N.C.App. 410

Notice of appeal by plaintiff (substantial constitutional question) dismissed 7 December 1995.

CAPITOL FUNDS, INC. v. ROYAL INDEMNITY CO.

No. 363P95

Case below: 119 N.C.App. 351

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.

CITY OF DURHAM v. LODAL, INC.

No. 456P95

Case below: 120 N.C.App. 407

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 December 1995.